UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

FLEET C HAMBY,

          Plaintiff,

  v.

STEVEN HAMMOND, J DAVID KENNEY, SARA SMITH, BERNARD WARNER,

          Defendants.

CASE NO. C14-5065 RBL-KLS

ORDER ADOPTING REPORT AND RECOMMENDATION

     The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER**:

    1)    The Court adopts the Report and Recommendation.
    2)    Plaintiff's motion for injunctive relief is granted as outlined in the Report and Recommendation.  Defendants will refer Mr. Hamby to a surgeon for evaluation of his umbilical hernia and if indicated by the surgeon repair of the umbilical hernia.  The referral will occur within thirty days of this order being entered.
    3)    The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. Karen L. Strombom.

    **DATED** this 21st day of this 1 day of August, 2014.

*[signature: Ronald B. Leighton]*

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE