UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| FLEET HAMBY,<br><br>         Plaintiff,<br><br>   v.<br><br>G. STEVEN HAMMOND, M.D., J. DAVID KENNEY, M.D., SARA SMITH, M.D., and BERNARD WARNER,<br><br>         Defendants. | Case No. 3:14-cv-05065-RBL-KLS<br><br>ORDER GRANTING DEFENDANTSS MOTION FOR SUMMARY JUDGMENT AND DENYING PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT |

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of Judge Karen L. Strombom, United States Magistrate Judge, and objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)   the Court adopts the Report and Recommendation;

(2)   defendants' motion for summary judgment hereby is GRANTED; and

(3)   plaintiff's motion for partial summary judgment hereby is DENIED.

DATED this 19th day of March, 2015.

_Ronald B. Leighton_

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER - 1